Brian J. Mankin, Esq. [CSB No. 216228]
Peter J. Carlson, Esq. [CSB No. 295611]
FERNANDEZ & LAUBY LLP
4590 Allstate Drive
Riverside, CA 92501
Tel: (951) 320-1444
Fax: (951) 320-1445
bjm@fernandezlauby.com
pjc@fernandezlauby.com

Attorneys for Plaintiff Donovan Sebastian and other similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN SEBASTIAN, individually, on a representative basis, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 8:18-cv-00757-JLS-KES<br>(Assigned to the Hon. Josephine L. Staton)<br><br>**FRCP RULE 23 CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing<br>Date:        March 8, 2019<br>Time:        10:30 a.m.<br>Courtroom:   10A<br><br>Complaint filed:   March 26, 2018 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 8, 2019, at 10:30 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court located in Courtroom 10A at 411 W. Fourth Street, Santa Ana, CA, 92701, Plaintiff Donovan Sebastian will move, pursuant to FRCP Rule 23, for an order: (1) granting preliminary certification of the settlement class for settlement purposes only; (2) granting preliminary approval of the proposed settlement including appointment of Plaintiffs' counsel as Class Counsel; (3) authorizing the parties to provide the proposed Class Notice to the Class Members; and (4) setting a final approval or fairness hearing to be heard approximately 120 to 140 days after the date preliminary approval is granted, as the Court's calendar permits. A proposed order to this effect is filed concurrently herewith.

This motion is unopposed by Defendant. The parties seek the Court's preliminary approval of the settlement in order to begin the process towards obtaining final approval of the proposed settlement through a final fairness hearing set approximately 140 days after preliminary approval. At that time, the Court will again have the opportunity to fully consider the proposed settlement before entering a final order.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, the Joint Stipulation of Class Action Settlement and Release, the declaration of Brian Mankin filed herewith, and the proposed Order submitted herewith, the pleadings and records on file with this Court and on such oral and documentary evidence as may be presented at the time of hearing.

Dated: January 14, 2019        FERNANDEZ & LAUBY LLP

                                       BY:     /s/ Brian J. Mankin, Esq.
                                              Brian J. Mankin, Esq.
                                              Attorneys for Plaintiff and the similarly situated employees

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28