Brian J. Mankin, Esq. [CSB No. 216228]
Peter J. Carlson, Esq. [CSB No. 295611]
FERNANDEZ & LAUBY LLP
4590 Allstate Drive
Riverside, CA  92501
Tel:  (951) 320-1444
Fax: (951) 320-1445
bjm@fernandezlauby.com
pjc@fernandezlauby.com

Attorneys for Plaintiff Donovan Sebastian and other similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN SEBASTIAN, individually, on a representative basis, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas Corporation, and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No.: 8:18-cv-00757-JLS-KES<br>(Assigned to the Hon. Josephine L. Staton)<br><br>**FRCP RULE 23 CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing<br>Date:　　　　September 6, 2019<br>Time:　　　　10:30 a.m.<br>Courtroom:　　10A<br><br>Complaint filed:　March 26, 2018 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that on September 6, 2019, at 10:30 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court located in Courtroom 10A at 411 W. Fourth Street, Santa Ana, CA, 92701, Plaintiff Donovan Sebastian will move, pursuant to FRCP Rule 23, for an order granting final approval of the class action settlement between Plaintiff and Defendant Sprint/United Management Company

("Sprint" or "Defendant"). This Motion, which is supported and unopposed by Defendant, seeks final approval of a $3,250,000 settlement on behalf of the Class Members, including allocations of: (1) attorneys' fees of $812,500 (25 percent of the Gross Settlement Amount); (2) litigation costs of $8,952.56; (3) administrator costs of $7,500; (4) PAGA payment to the LWDA of $75,000; and (5) a service award to Plaintiff and class representative Donovan Sebastian in the amount of $10,000. A proposed order to this effect is filed concurrently herewith.

Specifically, Plaintiff requests that the Court grant final approval of the settlement, as preliminarily approved by the Court, and enter the proposed order and final judgment.

Good cause exists to grant this Motion because the settlement is fair and reasonable pursuant to the criteria established to evaluate such motions.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, the Joint Stipulation of Class Action Settlement and Release (DE 31-3 and as amended by DE 40), Plaintiff's Motion for Attorneys' Fees, Costs, and Service Award (DE 42), along with supporting declarations of Brian J. Mankin, Esq. (DE 42-1), Peter J. Carlson, Esq. (DE 42-7), Plaintiff Donovan Sebastian (DE 42-8), the Settlement Administrator (Simpluris) (DE 42-9), class members Lauren Kucma, Gerardo Martinez, and Tonya Priest (DE 42-10 through 42-12), the proposed Order submitted herewith, the pleadings and records on file with this Court, and on such oral and documentary evidence as may be presented at the time of hearing.

Dated: July 26, 2019                FERNANDEZ & LAUBY LLP

                                    BY:    /s/ Brian J. Mankin, Esq.
                                           Brian J. Mankin, Esq.
                                           Attorneys for Plaintiff and the similarly
                                           situated employees