UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN SEBASTIAN, individually, on a representative basis, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas Corporation, and DOES 1 through 20, inclusive;<br><br>Defendants. | Case No.: 8:18-cv-00757-JLS-KES<br><br>**ORDER GRANTING STIPULATION TO: (1) AMEND SETTLEMENT AGREEMENT TO CLARIFY COMPENSABLE WORKWEEKS; (2) RE-MAIL CLASS NOTICE WITH UPDATED WORKWEEK DATA; AND (3) SET FINAL FAIRNESS HEARING FOR NOVEMBER 22, 2019, 10:30 A.M.** |

The Court, having considered the Stipulation filed by Plaintiff Donovan Sebastian and Defendant Sprint/United Management Company (Doc. 47), for good cause shown, ORDERS as follows:

1. The Final Fairness Hearing shall be set for November 22, 2019, at 10:30 a.m.;

2. The Settlement Administrator shall re-mail the Notice attached as **Exhibit A to the Stipulation** to all Class Members;

3. The three individuals who submitted an opt-out will also be mailed the Notice with a cover letter advising that their opt-out will stand unless they elect to withdraw the opt-out within 30 days of mailing;

4. The Settlement Administrator shall mail the separate Notice attached as **Exhibit B to the Stipulation** to the individuals that previously received a Class Notice yet did not work for Defendant in California during the Class Period and, thus, are not Class Members in this Settlement;

5. Paragraph 41 of the Settlement Agreement (Doc. 31-3) is hereby amended as follows:

> <u>Workweek Worked in the Fleet Vehicle Class</u>. A Class Member will be credited with one Workweek Worked in the Fleet Vehicle Class for each week that the Settlement Class Member worked at least one shift for Defendant in California in the Fleet Vehicle Class and was subjected to a deduction from earned wages for use of a fleet vehicle during the Class Period as reflected in Defendant's records, except for Excluded Workweeks.

6. The Settlement Administrator shall file a declaration of due diligence regarding compliance with this Order, the number of opt-outs, objections and any disputes by November 12, 2019, to supplement the documents previously filed in support of the Motion for Final Approval (Doc. 43). The increased

Settlement Administrator costs to re-mail the Notice and process responses will be paid from the Settlement Amount.

      7.    Class Counsel shall file a declaration by November 12, 2019, to certify compliance with this Order and supplement the documents previously filed in support of the Motion for Attorneys' Fees (Doc. 42) and Motion for Final Approval (Doc. 43).

**IT IS SO ORDERED.**

Dated: September 12, 2019       _____
                                            Hon. Josephine L. Staton
                                            United States District Judge